FILED by JB D.C.

Sep 19, 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20648-CR-SCOLA/TORRES

21 U.S.C. § 846
21 U.S.C. § 853

UNITED STATES OF AMERICA

v.

GAL VALLERIUS,
    a/k/a "OXYMONSTER,"

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Distribute a Controlled Substance
### (21 U.S.C. § 846)

Beginning in or around November 2013, and continuing through in or around August 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**GAL VALLERIUS,**
**a/k/a "OXYMONSTER,"**

did knowingly and willfully combine, conspire, confederate, and agree with other persons unknown to the Grand Jury, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance involved in the conspiracy attributable to **GAL VALLERIOUS, a/k/a "OXYMONSTER,"** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is one kilogram or more of a mixture and substance containing a detectable amount of heroin, five kilograms or more of a mixture and

substance containing a detectable amount of cocaine, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## **FORFEITURE ALLEGATIONS**

1.    The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **GAL VALLERIUS, a/k/a "OXYMONSTER,"** has an interest.

2.    Upon conviction of a violation of Title 21, United States Code, Section 846, as alleged in Count 1 of the Indictment, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.  The property subject to forfeiture includes, but is not limited to:

    i. One (1) Samsung (Model NP270E5E) Notebook Computer, Serial Number JDFB91LD400133Y;

    ii. Approximately 99.98947177 Bitcoin; and

    iii. Approximately 121.94805811 Bitcoin Cash.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

_____
FRANCISCO R. MADERAL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

GAL VALLERIUS, a/k/a
"OXYMONSTER,"

Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

__X__ Miami  ____ Key West
____ FTL    ____ WPB    ____ FTP

New Defendant(s)           Yes ____   No ____
Number of New Defendants   ____
Total number of counts     ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   __No__
   List language and/or dialect

4. This case will take __15__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                      (Check only one)

   I    0 to 5 days    ____              Petty     ____
   II   6 to 10 days   ____              Minor     ____
   III  11 to 20 days  __X__             Misdem.   ____
   IV   21 to 60 days  ____              Felony    __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)   __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   __Yes__
   If yes:
   Magistrate Case No.                17-MJ-3241-JG
   Related Miscellaneous numbers:     _____
   Defendant(s) in federal custody as of   08/31/2017
   Defendant(s) in state custody as of     _____
   Rule 20 from the  _____  District of _____

   Is this a potential death penalty case? (Yes or No)   __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   __X__ No

_____
FRANCISCO R. MADERAL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0041481

*Penalty Sheet(s) attached

REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** GAL VALLERIUS, a/k/a "OXYMONSTER"

**Case No:**

Count #: 1

Conspiracy to possess with intent to distribute narcotics.

Title 21, United States Code, Section 846

\* **Max.Penalty:** Life imprisonment

Count #:

\* **Max.Penalty:**

Count #:

\* **Max.Penalty:**

Count #:

\* **Max.Penalty:**

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**