FILED BY __TB__
Sep 26, 2017
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

17-20648-cr-SCOLA

FILED IN OPEN COURT
U.S.D.C. Atlanta
SEP - 1 2017
James N. Hatten, Clerk
By: Deputy Clerk

UNITED STATES OF AMERICA,

　　Plaintiff,

vs.

GAL VALLERIUS a/k/a OXYMONSTER,

　　Defendant.

CASE NO. 1:17-MJ-738

### ORDER APPOINTING COUNSEL

REGINA CANNON

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 1ST day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**   FILED IN OPEN COURT

| | |
|---|---|
| DATE: | 09/01/17 @ 4:33 pm |
| TAPE: | FTR |
| TIME IN COURT: | 18 mins |

| | | | |
|---|---|---|---|
| MAGISTRATE JUDGE | LINDA T. WALKER | COURTROOM DEPUTY CLERK: | Sonya Coggins |
| CASE NUMBER: | 1:17-MJ-738-LTW | DEFENDANT'S NAME: | Gal Vallerius |
| AUSA: | Jennifer Keen | DEFENDANT'S ATTY: | Regina Cannon |
| USPO / PTR: | | ( ) Retained  ( ) CJA  (X) FDP  ( ) Waived | |

___ ARREST DATE _____

X   Initial appearance hearing held.            ___ Defendant informed of rights.

___ Interpreter sworn: _____

**COUNSEL**

X   ORDER appointing Federal Defender as counsel for defendant.

___ ORDER appointing _____ as counsel for defendant.

___ ORDER: defendant to pay attorney's fees as follows: _____

**IDENTITY / PRELIMINARY HEARING**

X   ID hearing set for 09/11/17 at 11:00 am.            ___ WAIVER FILED

___ Identity hearing HELD.   ___ Def is named def. in indictment/complaint; held for removal to other district.

___ Defendant WAIVES preliminary hearing in this district only.            ___ WAIVER FILED

___ Preliminary hearing HELD.   ___ Probable cause found; def. held to District Court for removal to other district

X   TEMPORARY Commitment issued.

**BOND/PRETRIAL DETENTION HEARING**

X   Government motion for detention filed.            09/07/17 @ 11:00 A.M.

___ Pretrial hearing set for _____ @ _____      ( ) In charging district.)

___ Bond/Pretrial detention hearing held.

___ Government motion for detention  ( ) GRANTED   ( ) DENIED

___ Pretrial detention ordered.   ___ Written order to follow.

___ BOND set at _____        ___ NON-SURETY        ___ SURETY

          ___ cash            ___ property            ___ corporate surety ONLY

___ SPECIAL CONDITIONS: _____

___ Bond filed. Defendant released.

___ Bond not executed. Defendant to remain in Marshal's custody.

___ Motion  ( ___ verbal)  to reduce/revoke bond filed.

___ Motion to reduce/revoke bond   ___ GRANTED   ___ DENIED

___ See page 2

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta
SEP - 1 2017
James N. Hatten, Clerk
By: Deputy Clerk

UNITED STATES OF AMERICA

v.

GAL VALLERIUS,
A/K/A OXYMONSTER

Criminal Action No.
1:17-MJ-738-LTW

## Government's Motion for Detention

The United States of America, by counsel, John A. Horn, United States Attorney, and Jennifer Keen, Assistant United States Attorney for the Northern District of Georgia, moves for detention of Defendant Gal Vallerius a/k/a "OxyMonster" under 18 U.S.C. §§ 3142(e) and (f).

**1.     Eligibility of Case**

This case is eligible for a detention order because there is a serious risk that Vallerius will flee.

**2.     Reason for Detention**

The Court should detain Vallerius because there are no conditions of release that will reasonably assure his appearance as required and the safety of the community. Vallerius appears to have no ties to the community in this District or in the Southern District of Florida, where he has been charged. He is a foreign national who has never previously visited the United States. His final destination on this trip appears to be Austin, Texas.

Vallerius also poses a danger to the safety of the community. As explained in the Complaint, Vallerius appears to be an illegal vendor of OxyContin, a dangerous Schedule II drug.

### 3. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after a continuance of 3 days and requests leave of the Court to supplement this motion with additional grounds or presumptions for detention.

Dated: September 1, 2017.

Respectfully submitted,

JOHN A. HORN
United States Attorney

_____
JENNIFER KEEN
Assistant United States Attorney
Ga. Bar No. [BAR]

## Certificate of Service

I served this document today by handing a copy to defense counsel:

Defense Counsel

September 1, 2017

_____
JENNIFER KEEN
Assistant United States Attorney

AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. Atlanta
SEP -1 2017
James N. Hatten, Clerk
By: Deputy Clerk

UNITED STATES OF AMERICA,

vs.

GAL VALLERIUS

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CASE NO: 1:17-MJ-738

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for [1] SEPTEMBER 7, 2017 AT 11:00 A.M., before United States Magistrate Judge LINDA T. WALKER, U.S. Courthouse, Richard B. Russell Building, 18TH Floor, Courtroom 1860, 75 Ted Turner Dr., S.W., Atlanta, Georgia 30303.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated at Atlanta, Georgia this 1ST day of September, 2017.

_Linda J. Walker_
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate; or attempt to threaten, injure, or intimidate a prospective witness or juror.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-mj-00738-LTW
## USA v. Vallerius
## Honorable Linda T. Walker

Minute Sheet for proceedings held In Open Court on 09/07/2017.

TIME COURT COMMENCED: 11:28 A.M.
TIME COURT CONCLUDED: 11:33 A.M.       TAPE NUMBER: FTRGOLD
TIME IN COURT: 00:05                   DEPUTY CLERK: Sonya Lee-Coggins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Gal Vallerius Present at proceedings |
| ATTORNEY(S) PRESENT: | Regina Cannon representing Gal Vallerius |
| | Samir Kaushal representing USA |
| PROCEEDING CATEGORY: | |
| MINUTE TEXT: | The matter came before the court for an ID hearing and a Detention hearing. Neither hearing was held. The court carried the case over to 09/15/2017 at 11:00 a.m. to hold the preliminary, detention, and ID hearings. USM is DIRECTED to produce the defendant at that time for the hearings. |
| ADDL HEARING(S) SCHEDULED: | Identity Hearing set for 09/15/2017 at 11:00 am in Courtroom 1860; Preliminary Hearing set for 09/15/2017 at 11:00 am in Courtroom 1860; Bond Hearing set for 09/15/2017 at 11:00 am in Courtroom 1860; |