NS/md

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20648-CR-SCOLA

UNITED STATES OF AMERICA,

vs.

GAL VALLERIUS,

       Defendant.
_____/

## NOTICE OF APPEARANCE

The United States of America hereby gives notice that Assistant United States Attorney Nalina Sombuntham has been assigned responsibility of matters related to criminal forfeiture in the above-captioned case.

                                        Respectfully submitted,

                                        BENJAMIN G. GREENBERG
                                        ACTING UNITED STATES ATTORNEY

                            By:   s/ Nalina Sombuntham
                                        Nalina Sombuntham
                                        Assistant United States Attorney
                                        Fla. Bar No. 96139
                                        99 N.E. 4th Street, 7th Floor
                                        Miami, Florida  33132-2111
                                        Telephone:  (305) 961-9224
                                        Facsimile:   (305) 536-7599
                                        nalina.sombuntham2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on October 4, 2017, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF.

s/ Nalina Sombuntham
Nalina Sombuntham
Assistant United States Attorney