UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20648-CR-SCOLA

UNITED STATES OF AMERICA,
        Plaintiff,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

Gal Vallerius     Defendant.
_____/

COMES NOW _Saam Zangeneh_ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Saam Zangeneh

Counsel's Signature: _[signature]_

Address (include City/State/Zip Code):
14 NE 1st Avenue Suite 300

Telephone: 305 441-2333      Florida Bar Number: 526721

Date: 10/11/2017