# MINUTE ORDER

Page 13

## Magistrate Judge Patrick A. White

Atkins Building Courthouse - 3rd Floor     Date: 10/11/2017   Time: 1:30 p.m.

Defendant: GAL VALLERIUS      J#: 71037-019   Case #: 17-20648-CR-SCOLA
AUSA: Michael Thakur        Attorney: Sam Zangeneh - Temp
Violation: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE NARCOTICS     Surr/Arrest Date: 10/10/17   YOB: 1982

Proceeding: Initial Appearance       CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:
Bond Set at:              Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☑ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
RULE 5 DOCUMENTS
- Temp PTD

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:     Time:     Judge:     Place:
Report RE Counsel: 10/16
PTD/Bond Hearing: 10/16   10:00   Duty   Guivrie
Prelim/Arraign or Removal: 10/16
Status Conference RE:
D.A.R. 13:38:53 / 14:45:40     Time in Court: 5 minutes

s/Patrick A. White                    Magistrate Judge