# COURT MINUTES

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 10/16/2017   Time: 10:00 a.m.

Defendant: **Gal Vallerius**    J#: 71037-019   Case #: 17-20648-CR-SCOLA
AUSA: **Fritz Shadley**    Attorney: **Saam Zangeneh (TEMP)**
Violation: **Conspiracy to PWID Narcotics**
Proceeding: **RRC/Arraignment/Detention**    CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: **TEMP PTD**
Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: **English**

Disposition:
The parties STIPULATE to $250,000 corporate surety with nebbia with the right to revisit (NO HEARING HELD) Counsel requests continuance for RRC and ARR

Time from today to ____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
**Report RE Counsel:** _10/30/17_    _10:00_    _Miami Duty_
PTD/Bond Hearing:
**Arraignment:**    _10/30/17_    _10:00_    _Miami Duty_
Status Conference RE:
D.A.R. _11:11:20_      Time in Court: _1_