# COURT MINUTES

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3  Date: 10/30/2017  Time: 10:00 a.m.

Defendant: Gal Vallerius   J#: 71037-109   Case #: 17-20648-cr-Scola
AUSA: Timothy Abraham   Attorney: Saam Zangeneh - temp
Violation: Consp to PWID Narcotics
Proceeding: RRC / Arraignment   CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:
Bond Set at: 250K CSB Nebbia   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: English

Disposition: Counsel Request add'tl time

matters reset to 11/3

Time from today to 11/3 excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: 11/3   10 AM   Duty   Mia
PTD/Bond Hearing:
Prelim/Arraign or Removal: 11/3
Status Conference RE:
D.A.R. 10:05:12   Time in Court: 2 mins