UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20648-SCOLA / TORRES

**UNITED STATES OF AMERICA,**

v.

**GAL VALLERIUS,**
        a/k/a "OXYMONSTER."

        **Defendant.**
_____/

## NOTICE OF APPEARANCE

The UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, hereby gives notice that Assistant United States Attorney Juan A. Gonzalez, Jr. has been assigned as co-counsel in the above captioned case. All correspondence, pleadings and notices should be directed to the undersigned counsel.

Dated this 1st day of November, 2017.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:    s/ Juan A. Gonzalez, Jr.
       JUAN A. GONZALEZ, JR.
       ASSISTANT UNITED STATES ATTORNEY
       Florida Bar No. 897388
       11200 NW 20th Street
       Miami, Florida 33172
       Tel: (305) 715-7640/7653
       Fax: (305) 715-7639
       E-mail: Juan.Antonio.Gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: s/ Juan A. Gonzalez, Jr.
JUAN A. GONZALEZ, JR.
ASSISTANT UNITED STATES ATTORNEY