# COURT MINUTES
## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3                Date: 11/03/2017   Time: 10:00 a.m.

Defendant: Gal Vallerius            J#: 71037-019   Case #: 17-20648-CR-CSOLA
AUSA: Aimee Jimenez                 Attorney: AFPD - Stewart Abrahms
Violation: Conspiracy to Possess With Intent to Distribute Narcotics
Proceeding: Report RE: Counsel/Arraignment         CJA Appt:
Bond/PTD Held: ○ Yes   ○ No         Recommended Bond:
Bond Set at: STIP $250K CSB w/Nebbia              Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

Language: English

Disposition: Withdraw Saam Zangeneh (TEMP)
Ore Tenus motion to withdraw granted
Deft sworn
AFPD appt, Court grants.
Ore tenus motion waived
Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:45:02                    Time in Court: 8 mins