**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-20648-CR-SCOLA**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**

**GAL VALLERIUS,**

      **Defendant.**

_____/

## NOTICE OF ASSIGNMENT

The Federal Public Defender for the Southern District of Florida gives notice that the above captioned case has been assigned to Assistant Federal Public Defender Anthony Natale. Please direct any future inquiries, pleadings or correspondence to this attorney on behalf of the Defendant.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: _/s/ Anthony J. Natale_____
Anthony Natale
Assistant Federal Public Defender
Florida Bar No: 296627
150 W. Flagler Street, Suite 1500
Miami, Florida 33130
Tel: (305) 530-7000/  Fax: (305) 536-4559
E-mail: anthony_natale@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on November 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


_/s/ Anthony Natale_____
Anthony Natale