UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20648-CR-SCOLA

UNITED STATES OF AMERICA

    Plaintiff,

v.

GAL VALLERIUS,

    Defendant.
_____/

**UNOPPOSED MOTION TO CONTINUE TRIAL**

The Defendant, Gal Vallerius, by and through his undersigned counsel requests that this Court continue the currently scheduled December 8, 2017 calendar call and December 11, 2017 trial date to a date in mid-May 2018. The grounds for this request are as follows:

1. On November, 2017, Mr. Vallerius was arraigned on the indictment and the Office of the Federal Public Defender was appointed to represent him.

2. This case involves activity on the "dark web". The discovery in Mr. Vallerius' case is voluminous and involves the complex intricacies of the Internet. Although a significant amount of discovery has already been provided, the government has indicated that substantially more will be forthcoming. Given the nature of the discovery, counsel for Mr. Vallerius will most likely need to employ the services of a computer/Internet expert. Consequently a substantial amount of additional time is needed for the undersigned counsel to receive, analyze and review

the discovery with Mr. Vallerius, determine what if any pretrial motions need to be filed, and to otherwise provide Mr. Vallerius with the effective assistance of counsel.

3. AUSA Francisco Maderal does not object to undersigned counsel's request to continue the presently scheduled trial for mid-May 2018.

4. Mr. Vallerius understands and agrees that there will be a tolling of speedy trial from the filing of this motion to the resetting of his calendar call.

5. This motion is made in good faith and not for the purposes of unnecessary delay. Additionally, the resetting of the trial date is consistent with the ends of justice and would not interfere with the interest of the public and the Defendant to a speedy resolution of this case.

Wherefore, the parties jointly request that the sentencing hearing in this case be reset until mid-May 2018.

Respectfully submitted,
MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: */s/ **Anthony J. Natale**_____
Anthony J. Natale
Supervisory Assistant Federal Public Defender
Florida Bar No. 296627
150 West Flagler Street, Suite 1500
Miami, Florida 33130-1556
Tel: (305) 533-4246/Fax: (305) 536-4559
E-mail: anthony_natale@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on **December 5, 2017**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/Anthony J. Natale*