UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CR-20648-RNS

**UNITED STATES OF AMERICA**

v.

**GAL VALLERIUS,**
   a/k/a "OXYMONSTER,"

   **Defendant.**
_____/

## JOINT MOTION TO RECONSIDER

The United States and Defendant Gal Vallerius hereby file this Joint Motion to Reconsider the Defendant's Motion to Continue and state the following in support thereof:

1. On December 5, 2017, the Defendant filed an Unopposed Motion to Continue Trial until "mid-May 2018" (DE 16). This was the first motion to continue in this case, and the Defendant stated in support of his motion that:

   > This case involves activity on the "dark web." The discovery in Mr. Vallerius' case is voluminous and involves the complex intricacies of the Internet. Although a significant amount of discovery has already been provided, the government has indicated that substantially more will be forthcoming. Given the nature of the discovery, counsel for Mr. Vallerius will most likely need to employ the services of a computer/Internet expert. Consequently a substantial amount of additional time is needed for the undersigned counsel to receive, analyze and review the discovery with Mr. Vallerius, determine what if any pretrial motions need to be filed, and to otherwise provide Mr. Vallerius with the effective assistance of counsel.

2. On the same day, the Court granted the motion in part and rescheduled continued trial until January 22, 2018. (DE 17). For the more detailed reasons set forth below, however, the parties jointly ask this court to reconsider the motion and grant the continuance to mid-May2018.

3. <u>Case Complexity and Ongoing International Discovery</u>.  As the Defendant correctly points out this case does involve highly complex computer and internet concepts involving an area of the Internet known as the "dark web," and the Defendants alleged role as a moderator and administrator on series of dark websites collectively known as Dream Market. Accordingly, expert testimony will almost certainly be relied on by both parties.  Additionally, the Defendant was known to be operating in France, and the United States is still awaiting copies of evidence seized by French authorities during reactive searches of the Defendant's home and electronic devices in France (French law enforcement witnesses will also likely need to be called to testify).. Finally, given the unique evidence in this case (e.g., complete "surface" copies of dark websites, known as "scrapes") which require special software to produce, copy and review, much discovery is still being produces on a rolling basis and will require ongoing conference and assistance between the parties to review and produce.

4. As such more time, will be needed by both parties then is afforded by the January trial date, and a further out trial date with some additional certainty will greatly aid the parties in arranging for international discovery and witnesses.

5. <u>Defense Attorney Anthony Natale's Conflicfs</u>. In addition to the substantive issues, Federal Public Defendant Anthony Natale has several significant conflicts which will make the short, over-the-holiday period before trial exceedingly difficult. More specifically:

   a. December 22-27, 2017- prepaid out of the district holiday vacation;

   b. January 6-11, 2018- prepaid teaching commitment at Cardozo Law School, New York City;

   c. January 22, 2018-  United States v. Eric James, 17-CR-60158-Scola  trial

(2-3 days); and

d. April 2018- Trial is scheduled for United States v. Hubbard, 16-CR-80107-Rosenberg; terrorism case in West Palm Beach with numerous complex factual and legal issues where it is anticipated that there will be numerous and lengthy hearings after the first of the year.

6. And the parties further note that Mr. Natale was not appointed until November 3, 2017, after a series of continued reports re counsel, by the Defendant's prior temporary counsel. (DE 11).

WHEREFORE the parties jointly request that this Court reconsider the Motion to Continue this matter be set for trial in mid-May 2018, and that a preliminary status conference be set in early February 2018.

Respectfully submitted,

| | |
|---|---|
| MICHAEL CARUSO<br>FEDERAL PUBLIC DEFENDER | BENJAMIN G. GREENBERG<br>ACTING UNITED STATES ATTORNEY |
| By: s/ *Anthony J. Natale*<br>Anthony J. Natale<br>Assistant Federal Public Defender<br>Florida Bar No. 296627<br>150 West Flagler Street, Suite 1500<br>Miami, Florida 33130<br>Tel:305-530-7000/Fax:305-536-4559<br>E-Mail: anthony_natale@fd.org | By: */s/ Juan Antonio Gonzalez*<br>JUAN A. GONZALEZ, JR.<br>Assistant United States Attorney<br>Florida Bar No. 897388<br>11200 NW 20th Street, Suite 101<br>Miami, Florida 33172<br>Tel: (305) 715-7640 / 7654<br>Fax: (305) 715-7639<br>E-mail: Juan.Antonio.Gonzalez@usdoj.gov |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/Juan A. Gonzalez, Jr.
Juan A. Gonzalez, Jr.
Assistant United States Attorney
