United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, )<br>Plaintiff )<br> )<br>v. )<br> )<br>Gal Vallerius, )<br>Defendant. ) | Criminal Case No. 17-20648-CR-Scola |

## Order Continuing Trial

**This Cause** came before the Court on the United States' and Defendant's Joint Motion to Reconsider the Defendant's Motion to Continue Trial, filed December 7, 2017. The Court has considered the Motion, the arguments presented by Counsel, and being otherwise fully advised, it is

**Ordered and Adjudged** as follows:

1) The Joint Motion (**ECF No. 18**) is **granted**. The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date the Motion was filed, **December 7, 2017**, to and including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

2) Status Conference is set for **February 6, 2018 at 8:30 a.m.** Defendant is required to be present for this hearing.

3) The above cause is hereby set for **Jury Trial** before the Honorable Robert N. Scola, Jr., United States District Judge, at **400 North Miami Avenue, Courtroom 12-3, Miami, Florida,** during the two-week trial period that begins on **May 29, 2018 at 9:00 a.m.** A calendar call will be held on **Tuesday, May 22, 2018 at 9:00 a.m.** at the same location. **All counsel and defendants are required to be present at the calendar call.**

**Done and Ordered** in Chambers at Miami, Florida, on December 12, 2017.

_____
**Robert N. Scola, Jr.**
**United States District Judge**

cc:   counsel of record