UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20648-SCOLA / TORRES

UNITED STATES OF AMERICA,

v.

GAL VALLERIUS,
    a/k/a "OXYMONSTER."

    Defendant.
_____/

## NOTICE OF REASSIGNMENT

The UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, hereby gives notice that Assistant United States Attorney Juan A. Gonzalez, Jr. has been assigned as counsel in the above captioned case. All correspondence, pleadings and notices should be directed to the undersigned counsel.

Dated this 10th day of January, 2018.

                Respectfully submitted,

                BENJAMIN GREENBERG
                UNITED STATES ATTORNEY

By:    s/ Juan A. Gonzalez, Jr.
        JUAN A. GONZALEZ, JR.
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 897388
        11200 NW 20th Street
        Miami, Florida 33172
        Tel: (305) 715-7640/7653
        Fax: (305) 715-7639
        E-mail: Juan.Antonio.Gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                        By:    s/ Juan A. Gonzalez, Jr.
                                  JUAN A. GONZALEZ, JR.
                                  ASSISTANT UNITED STATES ATTORNEY