UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  17-20648-CR-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GAL VALLERIUS,

    Defendant.

_____/

## NOTICE OF APPEARANCE

Now comes, the Federal Public Defender, by and through the undersigned Assistant Federal Public Defender Lauren Field Krasnoff and gives notice that the undersigned is appearing as counsel in the above-captioned case.  Please send notices and inquires to this attorney.

Respectfully Submitted,

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

By:   */s/ Lauren Field Krasnoff*
      Lauren Field Krasnoff
      Assistant Federal Public Defender
      Florida Bar No.  86591
      150 W. Flagler Street, Suite 1700
      Miami, Florida 33130-1556
      Tel: (305) 530-7000
      Fax: (305) 536-4559
      Email: lauren_krasnoff@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on **March 21, 2018**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Lauren Field Krasnoff*