UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  17-20648-CR-SCOLA/TORRES

UNITED STATES OF AMERICA

    Plaintiff,

v.

GAL VALLERIUS,

    Defendant.

_____/

## DEFENDANT'S MOTION TO ALLOW DEFENSE COUNSEL TO HAVE A LAPTOP AT COUNSEL TABLE DURING MOTION HEARING

Defendant, Gal Vallerius, requests this Court to allow his attorneys to have a laptop at counsels' table for the Motion Hearing set for April 18, 2018 at 2:00 PM. In support of this motion, Mr. Vallerius submits the following:

1. Much of the discovery in this case is in digital electronic form and contained on an external hard drive on their laptop computer.

2. The ability to have rapid access to the documents, photographs and other written information relating to the issues of this case would be extremely helpful to the presentation of Mr. Vallerius's defense.

3. An order of the Court is necessary for the defense to bring into the courthouse a laptop.

Wherefore, Mr. Vallerius requests this Court enter an order directing the court security personnel to allow his defense attorneys to bring one laptop into the

building and for it to be used during the motion hearing set for April 18, 2018 at 2:00 PM.

          Respectfully submitted,
          MICHAEL CARUSO
          FEDERAL PUBLIC DEFENDER

By:   */s/ Anthony J. Natale*
      Anthony J. Natale
      Supervisory Assistant Federal Public Defender
      Florida Bar No. 296627
      150 West Flagler Street, Suite 1500
      Miami, Florida 33130-1556
      Tel:  (305) 533-4246/Fax: (305) 536-4559
      E-mail: anthony_natale@fd.org

      */s/ Lauren Field Krasnoff*
      Lauren Field Krasnoff
      Assistant Federal Public Defender
      Florida Bar No. 86951
      150 West Flagler Street, Suite 1700
      Miami, Florida 33130-1556
      Tel:  (305) 533-4193/Fax: (305) 536-4559
      E-mail: lauren_krasnoff@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **April 18, 2018**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          By: */s/Anthony J. Natale*