UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  17-20648-CR-SCOLA/TORRES

UNITED STATES OF AMERICA

     Plaintiff,

v.

GAL VALLERIUS,

     Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO ALLOW A LAPTOP AT COUNSEL TABLE DURING MOTION HEARING

**THIS CAUSE** is before the Court on Defendant's Motion to allow a laptop at counsel table during motion hearing set for April 18, 2018 at 2:00 PM, and this Court having reviewed the record and being otherwise advised as to its premises, it is: **ORDERED** that defendant's motion is hereby **GRANTED**.

It is **FURTHER ORDERED**, that this court enter and order directing the court security personnel to allow his defense attorney a laptop in to the building and for it to be used during the motion hearing set for April 18, 2018 at 2:00 PM.

DONE AND ORDERED in Chambers, at Miami, Dade County, Florida this _____ day of _____, 2018.

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE