CRIMINAL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**U.S. MAGISTRATE JUDGE EDWIN G. TORRES**

James Lawrence King Federal Justice Building 10th Floor - Courtroom 5
April 18, 2018 - 2:00 p.m. – 5:15 p.m.

**Clerk: Maedon Clark**                                         **Court Reporter:   Gizella Baan-Proulx**

17-20648-CR-SCOLA/TORRES

UNITED STATES OF AMERICA
*Juan Antonio Gonzalez, Assistant U.S. Attorney*
*Catherine Alden Pelker, DOJ*
vs

GAL VALLERIUS (J) #71037-019 – HEBREW INTERPRETER
*Anthony Natale, Assistant Federal Public Defender*
*Lauren Krasnoff, Assistant Federal Public Defender*

**REASON FOR HEARING**            MOTION TO SUPPRESS (DE 23)

**RESULT OF HEARING**             Government calls HSI S/A Stephen Lewis, sworn.
                                                Govt Exhibits #1-5 (photos), #6 (Customs
                                                Forms) admitted
                                        Cross Examination
                                                Redirect

                                        Defense calls DEA S/A Lilita Infante, sworn.
                                                Defense Exhibits #1 (Search Warrant)   #2
                                                (Criminal Complaint) #3 (Photo of Desk Top)
                                                admitted
                                        Cross Examination
                                                Redirect

                                        ARGUMENT

                                        Report and Recommendation to be entered