UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.17-CR-20648-SCOLA(s)
21 U.S.C. § 846
18 U.S.C. § 1956(h)
21 U.S.C. § 853
18 U.S.C. § 982(a)(1)



UNITED STATES OF AMERICA

v.

GAL VALLERIUS,
    a/k/a "OXYMONSTER,"

    Defendant.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Distribute a Controlled Substance
### (21 U.S.C. § 846)

Beginning in or around November 2013, and continuing through August 31, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**GAL VALLERIUS,**
**a/k/a "OXYMONSTER,"**

did knowingly and willfully combine, conspire, confederate, and agree with other persons unknown to the Grand Jury, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance involved in the conspiracy attributable to **GAL VALLERIUS, a/k/a "OXYMONSTER,"** as a result of his own conduct, and

the conduct of other conspirators reasonably foreseeable to him, is one kilogram or more of a mixture and substance containing a detectable amount of heroin; in violation of Title 21, United States Code, Section 841(b)(1)(A);

It is further alleged that the controlled substance involved in the conspiracy attributable to **GAL VALLERIUS, a/k/a "OXYMONSTER,"** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A);

It is further alleged that the controlled substance involved in the conspiracy attributable to **GAL VALLERIUS, a/k/a "OXYMONSTER,"** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 280 grams or more of a mixture and substance containing cocaine base (crack), in violation of Title 21, United States Code, Section 841(b)(1)(A);

It is further alleged that the controlled substance involved in the conspiracy attributable to **GAL VALLERIUS, a/k/a "OXYMONSTER,"** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A);

It is further alleged that the controlled substance involved in the conspiracy attributable to **GAL VALLERIUS, a/k/a "OXYMONSTER,"** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of oxycodone, in violation of Title 21, United States Code, Section 841(b)(1)(C);

It is further alleged that the controlled substance involved in the conspiracy attributable to **GAL VALLERIUS, a/k/a "OXYMONSTER,"** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of Ritalin, in violation of Title 21, United States Code, Section 841(b)(1)(C);

It is further alleged that the controlled substance involved in the conspiracy attributable to **GAL VALLERIUS, a/k/a "OXYMONSTER,"** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2
**Conspiracy to Commit Money Laundering**
**(18 U.S.C. §1956(h))**

Beginning in or around November 2013, and continuing through August 31, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**GAL VALLERIUS,**
**a/k/a "OXYMONSTER,"**

did knowingly and willfully combine, conspire, confederate, and agree with other persons unknown to the Grand Jury, to commit certain offenses against the United States, that is, to knowingly conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is:

the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), punishable under the laws of the United States;

the manufacture, importation, sale, or distribution of a controlled substance in violation of the laws of France;

fraud and related activity in connection with identification documents and access devices in violation of Title 18, United States Code, Sections 1028 and 1029;

fraud and related activity in connection with computers in violation of Title 18, United States Code, Section 1030;

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **GAL VALLERIUS, a/k/a "OXYMONSTER,"** has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 846, as alleged in this Indictment, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853.

3. Upon conviction of a violation of Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendant shall forfeit to the United States of America any property,

4

real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

    4.    The property subject to forfeiture includes, but is not limited to:

    i.    One (1) Samsung (Model NP270E5E) Notebook Computer, Serial Number JDFB91LD400133Y;

    ii.    Approximately 99.98947177 Bitcoin; and

    iii.    Approximately 121.94805811 Bitcoin Cash.

All pursuant to Title 18, United States Code, Section 982(a)(1), and Title 21, United States Code, Section 853.

A TRUE BILL

[signature]
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

[signature] for
C. ALDEN PELKER
TRIAL ATTORNEY

[signature] for
JUAN A. GONZALEZ, JR.
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. 17-CR-20648-SCOLA(s) |
|---|---|
| vs.<br>**GAL VALLERIUS, a/k/a**<br>**"OXYMONSTER,"**<br>Defendant. | **CERTIFICATE OF TRIAL ATTORNEY\***<br><br>**Superseding Case Information:** |

**Court Division:** (Select One)

_X_ Miami ___ Key West
___ FTL    ___ WPB    ___ FTP

New Defendant(s)    Yes ___    No _X_
Number of New Defendants    0
Total number of counts    2

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    _Yes_
   List language and/or dialect    _Hebrew_

4. This case will take __15__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)
   I     0 to 5 days       ___              Petty       ___
   II    6 to 10 days      ___              Minor       ___
   III   11 to 20 days     _X_              Misdem.     ___
   IV    21 to 60 days     ___              Felony      _X_
   V     61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)   _Yes_
   If yes:
   Judge: _Robert N. Scola_    Case No. _17-CR-20648-RNS_
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    _Yes_
   If yes:
   Magistrate Case No.    _17-MJ-3241-JG_
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of    _08/31/2017_
   Defendant(s) in state custody as of
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    _X_ No

JUAN A. GONZALEZ, JR.
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 897388

\*Penalty Sheet(s) attached

REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** GAL VALLERIUS, a/k/a "OXYMONSTER"

**Case No:** 17-CR-20648-SCOLA(s)

Count #: 1

Conspiracy to possess with intent to distribute narcotics.

Title 21, United States Code, Section 846

* **Max.Penalty:** Life imprisonment

Count #: 2

Conspiracy to commit money laundering

Title 18, United States Code, Section 1956(h)

* **Max.Penalty:** 20 years imprisonment

Count #:

* **Max.Penalty:**

Count #:

* **Max.Penalty:**

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**