UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20648-SCOLA(s) / TORRES

**UNITED STATES OF AMERICA,**

v.

**GAL VALLERIUS,**
a/k/a "OXYMONSTER."

    **Defendant.**

_____/

**GOVERNMENT'S FIRST SUPPLEMENTAL RESPONSE
TO THE STANDING DISCOVERY ORDER**

The United States files this First Supplemental Response to the Standing Discovery Order as follows:

    1.    Dream Scrapes

The attachments to this response are being produced on 1 DVD.  Please contact the undersigned Assistant United States Attorney if you do not receive it.

                                                    Respectfully submitted,

                                                    BENJAMIN G. GREENBERG
                                                    UNITED STATES ATTORNEY

By:    s/ Juan A. Gonzalez, Jr._____
        JUAN A. GONZALEZ, JR.
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 897388
        11200 NW 20th Street
        Miami, Florida 33172
        Tel: (305) 715-7640/7653
        Fax: (305) 715-7639
        E-mail: Juan.Antonio.Gonzalez@usdoj.gov

cc:     S/A Lilita Infante, DEA

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and a true and correct copy of the foregoing was sent via FedEx to Anthony Natale, AFPD, Federal Public Defender's Office, 150 W. Flagler Street, Suite 1500, Miami, FL 33130.

s/ Juan A. Gonzalez, Jr.
JUAN A. GONZALEZ, JR.
ASSISTANT UNITED STATES ATTORNEY
