AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17-CR-20648-SCOLA |
| GAL VALLERIUS, a/k/a " OXYMONSTER" | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States                                                                                                                              .

Date:  05/10/2018                                                          /s/ Catherine Alden Pelker
                                                                                          *Attorney's signature*

                                                                              Catherine Alden Pelker    A5502439
                                                                                    *Printed name and bar number*
                                                                              Computer Crime & Intellectual Property Section
                                                                                    U.S. Department of Justice
                                                                                    1301 New York Avenue NW
                                                                                    Washington, DC 20530
                                                                                              *Address*

                                                                                 catherine.pelker@usdoj.gov
                                                                                        *E-mail address*

                                                                                     (202) 514-1026
                                                                                     *Telephone number*

                                                                                     (202) 514-6113
                                                                                        *FAX number*