United States District Court
for the
Southern District of Florida

| United States of America, Plaintiff, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal Case No. 17-20648-CR-Scola |
| | ) | |
| Gal Vallerius, Defendant. | ) | |

### Order Adopting Magistrate Judge's Report And Recommendation

On March 20, the court referred the Defendant's motion to suppress (ECF No. 23) to United States Magistrate Judge Edwin G. Torres for a report and recommendation. (*See* ECF No. 24.) On May 1, 2018, Judge Torres issued a report, recommending that the motion be denied. (R. & R., ECF No. 37.) The Defendant has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Torres's report, the record, and the relevant legal authorities. The Court finds Judge Torres's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 37**), and **denies** the motion to suppress (**ECF No. 23**).

**Done and ordered**, at Miami, Florida, on May 21, 2018.

_____
Robert N. Scola, Jr.
United States District Judge