AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 17-20648-CR-SCOLA |
| Gal Vallerius | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   6/12/2018

*Gal Vallerius*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

Anthony J. Natale, AFPD
*Printed name of defendant's attorney*

*[signature]*
*Judge's signature*

Robert N. Scola, Jr., United States District Judge
*Judge's printed name and title*