UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CR-20648-SCOLA(s)(s)

UNITED STATES OF AMERICA

vs.

GAL VALLERIUS,
    a/k/a "OXYMONSTER"

    Defendant.
_____/

## FACTUAL PROFFER

The United States of America and GAL VALLERIUS (hereinafter referred to as the "defendant") hereby agree that had this case proceeded to trial, the United States would have proven the following beyond a reasonable doubt:

Beginning in or around November of 2013 a criminal online marketplace known as Dream Market began operating on the TOR "dark web" network. Dream Market was designed to promote and facilitate the anonymous sale of illegal items. In time, the Dream Market website became one of the largest dark web criminal marketplaces. By way of example, on August 29, 2017, three days before the defendant's arrest, there were 94,236 listings on Dream Market, to include the following categories:

    a.    "Drugs" (47,405 listings). The "Drugs" category was broken down into the following sub-categories: Stimulats, Opioids, Ecstasy, Cannabis, Barbituates, Benzos, Cannabis, Dissociatives, Prescription, Psychedelics, RCs, Steroids and Weight Loss. Each sub-category contains different types of controlled substances, such as heroin, fentanyl, methamphetamine and cocaine. For example, the "Stimulats" category contains 934 listings for crystal methamphetamine ranging from .5 grams to 11 pounds per listing, totaling over 200 pounds (90 kilograms) of crystal methamphetamine.

b.  "Digital Goods" (41394 listings). The "Digital Goods" category was broken down into the following sub-categories: Data, Drugs, E-Books, Fraud, Fraud Related, Hacking, Information, Other, Security, Software.

c.  "Drug Paraphernalia" (456 listings).

d.  Services (3056 listings). The "Services" category was broken down into the following sub-categories: Hacking, IDs & Passports, Money, Other, Cash out.

e.  "Other" (2382 listings). The "Other Category" was broken down into the following sub-categories: Counterfeits, Electronics, Jewelry, Lab Supplies, Miscellaneous and Defense.

By virtue of the size and scope of the marketplace, as well as the infrastructure in place, it was the intent of the operators and vendors on Dream Market to distribute over 90 kilograms of heroin, more than 450 kilograms of cocaine, more than 25.2 kilograms of cocaine base (crack), more than 45 kilograms of methamphetamine, more than 13.5 kilograms of Oxycodone, more than 900 kilograms of Ritalin, and more than 36 kilograms of Fentanyl.

All of the items and services on Dream Market were offered for sale in exchange for Bitcoin and other, peer-to-peer crypto-currencies (also known as, virtual currencies). To further promote anonymity and other wise conceal and disguise the nature, location, source, ownership and control of the proceeds of these illicit sales, purchases were made primarily in bitcoin (or other virtual currency) using Dream Market's escrow services, i.e., a buyer transfers funds from his or her own account or virtual-currency wallet into a Dream Market account or wallet, and Dream Market subsequently transfers the funds to the seller's account or wallet upon satisfaction of the terms of sale. In doing so, Dream Market also provided a "tumbling" or "mixing" service which essentially scrambled multiple buyer-seller Bitcoin transactions together in order to conceal the bitcoin payments from buyer to seller or commission payments to the administrators. Thus, there was no direct bitcoin transaction between the buyer and the seller.

The defendant first participated in this conspiracy by becoming a vendor on Dream Market. As a vendor, he sold Oxycodone and Ritalin under the moniker "Oxymonster". Shortly thereafter, Dream Market employed the defendant who acted at times as an Administrator and Senior Moderator. In these positions, he played a role supporting the daily illicit transactions between buyers and vendors on Dream Market, such as the trafficking in narcotics, and the laundering of illicit proceeds using virtual currencies, Dream Market's tumblers and the dark web. This was done in concert with additional known and unknown administrators, moderators, and vendors on the Dream Market.

Lastly, over the course of this investigation, DEA agents have made numerous undercover online purchases of crystal meth, LSD and hydrocodone from various vendors on Dream Market and received the drugs, via U.S. Mail, to locations in Miami in the Southern District of Florida.

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

Date: 6/12/18          By: _____
                            JUAN A. GONZALEZ, JR.
                            ASSISTANT UNITED STATES ATTORNEY

Date: 6/12/18          By: _____
                            C. ALDEN PELKER
                            TRIAL ATTORNEY

Date: 6/12/2018        By: _____
                            ANTHONY NATALE, ESQUIRE
                            ATTORNEY FOR DEFENDANT

Date: 6/12/2018        By: _____
                            GAL VALLERIUS
                            DEFENDANT

3