United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff | )<br>)<br>) |
| v. | ) Criminal Case No. 17-20648-CR-Scola(s)(s)<br>) |
| Gal Vallerius,<br>Defendant. | )<br>) |

### Order Setting Sentencing Hearing and Adopting Sentencing Procedures

A sentencing hearing is set for the above named defendant for **September 25, 2018 at 8:30 a.m.** The parties are obligated to follow **Administrative Order 95-02**, which is hereby incorporated by reference, in regard to all deadlines preceding the sentencing hearing. The Court has set **thirty minutes** for the sentencing. Not later than seven (7) days prior to the sentencing hearing, counsel shall notify the Court in writing if any witnesses are to be called in support or objection to the Pre-Sentence Investigation Report, and, if so, counsel shall specify the anticipated time required for such purpose in the manner required by Administrative Order 95-02, ¶ 6. If necessary, the Court may re-set the sentencing hearing or continue it at the conclusion of the time allotted. It is further, **Ordered and Adjudged** that if the issue of restitution applies, the U.S. Probation Office shall make a specific recommendation as to the manner in which restitution will be paid consistent with the Eleventh Circuit opinion in *United States v. Prouty*, 303 F. 3d 1249 (11th Cir., 2002).

**Done and Ordered** at Miami, Florida, on June 12, 2018.

Robert N. Scola, Jr.
United States District Judge

cc: Counsel of record