UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20648-CR-SCOLA

UNITED STATES OF AMERICA

    Plaintiff,

v.

GAL VALLERIUS,

    Defendant.

_____/

### OBJECTIONS TO PSI AND MEMORANDUM IN SUPPORT OF THE PARTIES JOINTLY RECOMMENDED SENTENCE

The Defendant, Mr. Gal Vallerius, by and through his undersigned counsel files the following objections to the Presentence Investigation Report ("PSI"). (DE 58) and memorandum in support of the parties jointly recommended sentence.

**Objections to PSI report**

The following are a factual corrections to the PSI report which do not impact the guideline calculation:

    **Page 5 Paragraph 8:  Plea Agreement**

Mr. Vallerius has agreed to forfeit voluntarily in immediately to the United States all items that are specifically referenced in his plea agreement including 99.98947177 Bitcoin and approximately 121.94805811 Bitcoin cash.

**Page 6 Paragraph 13: <u>Offense Conduct</u>**

Mr. Vallerius acted as a senior moderator and vendor on Dream Market and played a crucial role in supporting daily illicit transactions between buyers and sellers on Dream Forum.

**Pages 11 Paragraph 37: <u>Offense Conduct</u>**

Strictly speaking, Mr. Vallerius was a moderator who made recommendations to those above him and passed on instructions to others below him on matters involving advertisements, networking and transactions.

**Page 14 Paragraph 49: <u>Role Assessment</u>**

Mr. Vallerius does not contest the three-level role enhancement for being a manager or supervisor nor does he contest the activities in which he engaged. However, he did not consider himself to be an "administrator"

**Page 13 Paragraph 42: <u>Base Offense Level</u>**

There appears to be a typographical error in this paragraph. Where it says "630,439.20 kg of "cocaine" it should say "marijuana."

**Page 16 Paragraph 69: <u>Family and Personal Data</u>**

Mr. Vallerius' wife resides in France and has frequently visited her mother in Israel.

**Page 16 Paragraph 70: <u>Family and Personal Data</u>**

His home was purchased for between $34,000 and $36,000 USD.

**Page 17 Paragraph 74: <u>Family and Personal Data</u>**

Mr. Vallerius was given a prescription for Oxycdone by his French physician for pain resulting from a prior motorcycle accident.

**Page 18 Paragraph 80: <u>Substance Abuse</u>**

This paragraph incorrectly lists one of the drugs taken by Mr. Vallerius as "ABVD" when it should say "APVP."

**Page 18 Paragraph 84: <u>Education and Vocational Skills</u>**

This paragraph should be corrected to say that Mr. Vallerius served in the Israeli military.

**18 U.S.C. 3553 FACTORS**

The government and Mr. Vallerius are recommending to the Court that a sentence of 240 months on each count to be served concurrently with each other is a sentence which is sufficient but not greater than necessary to achieve all of the sentencing objectives contained in 18 U.S.C. 3553. The parties have come to this conclusion after a lengthy and in depth discussion of the totality of the circumstances surrounding this investigation and Mr. Vallerius' participation in the offenses.

For this and other reasons to be presented at his sentencing hearing Mr. Vallerius requests this Court to adopt the joint recommendation of the parties and sentence him to 240 months on each count to be served concurrently with each other.

        Respectfully submitted,
        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

By:    */s/ **Anthony J. Natale**_____*
        Anthony J. Natale
        Supervisory Assistant Federal Public Defender
        Florida Bar No. 296627
        150 West Flagler Street, Suite 1500
        Miami, Florida 33130-1556
        Tel:  (305) 533-4246/Fax: (305) 536-4559
        E-mail: anthony_natale@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **October 8, 2018**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/**Anthony J. Natale**_____*