ANTHONY J. NATALE

150 W Flagler St
Suite 1500
Miami, FL 33130

MORVANT CHLOE

Residence de Batelicie
56300 Pontivy
FRANCE

Pontivy, September 12, 2018

Madam, Sir,

I, hereby, attest knowing Mr Gal Vallerius for a few years.  As years go by, this man has become .

a friend since we met at a restaurant that we both frequent.  Gal loves to talk about different

things, to learn new French words.  He is a jovial man and very likable.  I, regularly, ate with him

and his wife, Yasmin, at their home. Gal likes to take care of animals: chickens, rabbits, etc. and he

appreciates very much the peace of the country side to take walks, to breath , to observe

Nature. And he loved to show photos of his outings.  I think Gal is an impressive person not because of

his appearances, he is very tall and has a very long beard, but because he is generous with his time and

always ready to help.  He is a funny friend and he listens, he loves to have fun. For example likes to

decorate his house for Halloween and have fireworks on his birthday.

Chloe Morvant

Anthony J. Natale
150 W Flager St.
Suite 1600
Miami FL 33130
Etats - Unis

MORVANT Chloé
Résidence La Batelière
56300 Pontivy
FRANCE

Pontivy le 12 Sept 2018,

Madame, Monsieur,

Par la présente, j'atteste connaître Gal Vallerius depuis plusieurs années. Au fil des ans, nous sommes devenus amis après s'être rencontrés dans un restaurant que nous fréquentions tous les deux. Gal aime discuter de différents sujets, apprendre de nouveaux mots en français, c'est quelqu'un de jovial et très sympathique. J'ai régulièrement mangé chez lui et sa femme Yasmine. Gal apprécie avoir des animaux, des poules, lapins et il apprécie beaucoup l'air de la campagne pour se promener, respirer, observer les vaches et il aimait me montrer les photos de ses ballades. Je qualifie Gal d'une personne imposante par sa grande taille et sa barbe mais aussi de généreux dans ses échanges et toujours prêt à rendre service. C'est un ami drôle et à l'écoute qui aime beaucoup s'amuser comme décorer sa maison pour Halloween et faire un feu d'artifice pour son anniversaire.

CHloé MORVANT

My name is Yasmin Vallerius, I'm Gal's wife.

I was heartbroken when they took him from me. He was everything to me, he always took care
of me. And made sure that I would not be deprived of anything.
On the day that they took him my world collapsed.
Gal is a very caring person, very loving, and friendly with everybody. He is always smiling and
laughing!
He is also a very fragile and sensitive man, who is now in a foreign country far away from any
family members.
His arrest has broke him mentally. He has lost everything.
I know he's regretting everything, and I know he'll never make the same mistake!
Please, Your Honor.
Have mercy on him!
Gal has undergone a huge jolt, and he deserves a second chance to prove that he
will be a better citizen!
He deserves another chance!
Please, Your Honor. All his friends and family miss him.

Thank you very much, Your Honor.

Yasmin Vallerius

**From:** "yasmin yasmin" <yasminvallerius@hotmail.com>
**Date:** September 8, 2018 at 1:50:23 PM EDT
**To:** "anthony_natale@fd.org " <anthony_natale@fd.org>
**Subject: letter to Gals trial**

Hello sir.
Gal ask me to send to you letter in hebrew
So here it is -----------

לכבוד כבוד השופט.
שמי יסמין ולריוס, אני אשתו של גל.
נשבר לי הלב כשלקחו לי אותו, הוא היה הכל בשבילי, הוא דאג לי תמיד
שלא יהיה חסר לי כלום, ובאותו היום שלקחו אותו פשוט חרב עולמי !
גל הוא בנאדם נורא דואג, נורא אכפתי, נורא אוהב, הוא בנאדם חברותי
ותמיד מחייך וצוחק ! ●
גל בנאדם נורא שברירי ורגיש, הוא נמצא במדינה זרה ורחוקה מכל בן משפחה
כל הסיפור הזה שבר אותו נפשית,
הוא איבד פשוט הכל לאורך כל השנה הזאת ...
אני יודעת שהוא מתחרט על הכל, ואני יודעת שהוא לעולם לא יחזור על אותה טעות !
בבקשה ממך כבוד השופט,
תרחם עליו !
גל עבר טלטלה ענקית, ומגיע לו הזדמנות שנייה להוכיח את עצמו שהוא יהיה אזרח טוב יותר!
מגיע לו עוד הזדמנות !
בבקשה ממך כבוד השופט ..
כל החברים והמשפחה מתגעגעים אליו,
תודה רבה לך כבוד השופט .


נשלח מהאפליקציה 'דואר' עבור Windows 10