NS/md

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 17-20648-CR-SCOLA

**UNITED STATES OF AMERICA,**

vs.

**GAL VALLERIUS,**

      **Defendant.**

_____/

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 22, 2018 and ending on October 21, 2018.   (See, Attachment 1).

                                        Respectfully submitted,

                                        ARIANA FAJARDO ORSHAN
                                        UNITED STATES ATTORNEY

             By:    s/ Nalina Sombuntham
                      Nalina Sombuntham
                      Assistant United States Attorney
                      Fla. Bar No. 96139
                      99 N.E. 4th Street, 7th Floor
                      Miami, Florida   33132-2111
                      Telephone:   (305) 961-9224
                      Facsimile:    (305) 536-7599
                      nalina.sombuntham2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on November 6, 2018, I electronically filed the foregoing document was with the Clerk of the Court using CM/ECF.

s/ Nalina Sombuntham
Nalina Sombuntham
Assistant United States Attorney

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# COURT CASE NUMBER: 17-CR-20648-RNS; NOTICE OF FORFEITURE

Notice is hereby given that on September 17, 2018, in the case of <u>U.S. v. Gal Vallerius</u>, Court Case Number 17-CR-20648-RNS, the United States District Court for the Southern District of Florida entered an Order condemning and forfeiting the following property to the United States of America:

    approximately 99.98947177 Bitcoin (17-IRS-000754) which was seized from Gal Vallerius on September 03, 2017 in Miami, FL

    approximately 121.94805811 Bitcoin cash (17-IRS-000755) which was seized from Gal Vallerius on September 03, 2017 in Miami, FL

    one (1) Samsung model NP270E5E notebook computer, serial # JDFB91ID400133Y (17-IRS-000756) which was seized from Gal Vallerius on September 03, 2017 in Miami, FL

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (September 22, 2018) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 400 North Miami Avenue, Room 8N09, Miami, FL 33128, and a copy served upon Assistant United States Attorney Nalina Sombuntham, 99 N.E. 4th Street, Miami, FL  33132. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of

the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Nalina Sombuntham, 99 N.E. 4th Street, Miami, FL 33132. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 22, 2018 and October 21, 2018. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Gal Vallerius

**Court Case No:** 17-CR-20648-RNS
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/22/2018 | 24.0 | Verified |
| 2 | 09/23/2018 | 24.0 | Verified |
| 3 | 09/24/2018 | 24.0 | Verified |
| 4 | 09/25/2018 | 24.0 | Verified |
| 5 | 09/26/2018 | 24.0 | Verified |
| 6 | 09/27/2018 | 24.0 | Verified |
| 7 | 09/28/2018 | 24.0 | Verified |
| 8 | 09/29/2018 | 24.0 | Verified |
| 9 | 09/30/2018 | 24.0 | Verified |
| 10 | 10/01/2018 | 24.0 | Verified |
| 11 | 10/02/2018 | 24.0 | Verified |
| 12 | 10/03/2018 | 24.0 | Verified |
| 13 | 10/04/2018 | 24.0 | Verified |
| 14 | 10/05/2018 | 24.0 | Verified |
| 15 | 10/06/2018 | 24.0 | Verified |
| 16 | 10/07/2018 | 24.0 | Verified |
| 17 | 10/08/2018 | 24.0 | Verified |
| 18 | 10/09/2018 | 24.0 | Verified |
| 19 | 10/10/2018 | 24.0 | Verified |
| 20 | 10/11/2018 | 24.0 | Verified |
| 21 | 10/12/2018 | 24.0 | Verified |
| 22 | 10/13/2018 | 24.0 | Verified |
| 23 | 10/14/2018 | 24.0 | Verified |
| 24 | 10/15/2018 | 24.0 | Verified |
| 25 | 10/16/2018 | 24.0 | Verified |
| 26 | 10/17/2018 | 24.0 | Verified |
| 27 | 10/18/2018 | 24.0 | Verified |
| 28 | 10/19/2018 | 24.0 | Verified |
| 29 | 10/20/2018 | 24.0 | Verified |
| 30 | 10/21/2018 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.