NS/md

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20648-CR-SCOLA(s)(s)

UNITED STATES OF AMERICA,

vs.

GAL VALLERIUS,
    a/k/a "OXYMONSTER,"

        **Defendant.**
_____/

## UNITED STATES' NOTICE ON FINAL FORFEITURE

The United States of America hereby provides this Notice on Final Forfeiture and states as follows:

1. On September 17, 2018, this Court entered a Preliminary Order of Forfeiture (D.E. 57), forfeiting to the United States, pursuant to 21 U.S.C. § 853 and 18 U.S.C. §982(a), the following property:

    i. One (1) Samsung (Model NP270E5E) Notebook Computer, Serial Number JDFB91LD400133Y;
    ii.. Approximately 99.98947177 Bitcoin; and
    iii. Approximately 121.94805811 Bitcoin Cash.

2. Beginning on September 22, 2018, a notice of criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of thirty (30) days, ending on October 21, 2018.

3. The Declaration of Publication of the notice of criminal forfeiture was filed with the Clerk of this Court on November 6, 2018 (D.E. 65).

4. The published notice advised potential third party claimants that a person intending to file a claim must do so within thirty (30) days of receipt of direct notice or within thirty (30)

days of the last day of publication, whichever is earlier.

5. All persons known to the United States to have a legal interest in the property ordered forfeited have thereby been notified in accordance with Title 21, United States Code, Section 853(n)(1).

6. The time period for filing a claim has expired, and no third party claimants have filed a claim.

7. The Preliminary Order of Forfeiture stated if no claims are filed within sixty (60) days of the first day of publication or within thirty (30) days of receipt of actual notice, whichever is earlier, then, pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, the Preliminary Order of Forfeiture shall become a Final Order of Forfeiture and any duly authorized law enforcement official shall dispose of the property in accordance with the applicable law.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: s/ Nalina Sombuntham
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida   33132-2111
Telephone:   (305) 961-9224
Facsimile:   (305) 536-7599
nalina.sombuntham2@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on November 28, 2018, I electronically filed the foregoing document was with the Clerk of the Court using CM/ECF.

s/ Nalina Sombuntham
Nalina Sombuntham
Assistant United States Attorney

2