11/2018

Dear Judge Robert Scola,

Thank you for your attention on this matter. Would you please release from prison Gal Vallerius from prison today. Also would you please have his records exponged and handed to him today as well.

Thank You

FILED by PG D.C.

DEC 26 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

17 CR 20648 RNS

SAN DIEGO
08 DEC '18

**USMS INSPECTED** RECEIVED DEC 21 2018 1:01 PM

United States Courthourse
Judge Robert N. Scola, JR.
Wilkie D. Ferguson, JR.
400 North Miami Avenue
Room 12-3
Miami, Florida
33128