IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

```
FILED BY ⨯⨯⨯⨯ D.C.

    JUN 28 2021

    ANGELA E. NOBLE
   CLERK U.S. DIST. CT.
  S. D. OF FLA. - MIAMI
```

UNITED STATES OF AMERICA,      )
                               )
     Plaintiff,                )
                               )
v.                             )   Case No. 17-20648-CR-SCOLA
                               )
GAL VALLERIUS,                 )
                               )
     Defendant.                )
_____)

### MOTION REQUESTING COPY OF PSR (PRESENTENCE REPORT)

Comes Now Gal Vallerius, Defendant Pro Se, by this Motion requesting a copy of his PSR (Presentence Report) and for said copy to be sent to his legal advisor at the following name and address: M. Jean-Rene LE-BRIS, Kerflous, Scaer 29390, France.

Furthermore as I have not had contact with my Court appointed attorney for the past three years, I would also appreciate you sending me a copy of my current Docket Sheet for the above case number to the same address. As I am a non US citizen with no family or connections in this country, I am familiar with my mail being sent to France by regular United States postal service which is a reliable service to use for such documents being sent to France.

Your cooperation in this matter will be very much appreciated and kindly confirm by return mail once the above documents have been successfully mailed to France.

this 22nd day of June, 2021

Respectfully Submitted,

*Gal Vallerius*

Gal Vallerius, Pro Se
Reg. No. 71037-019
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

cc: Copy of Address Clarification

Exhibit - Address Clarification


Please use the following method of placing the address on the envelope:


M. Jean-Rene LE-BRIS
Kerflous
Scaer 29390
France

MIAMI FL 330

23 JUN 2021   PM 5   L

Gal Vallerious
Reg. No. 71037-019
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

Clerk of Court
Wilkie D. Ferguson, Jr.
United States Courthouse
400 North Miami Avenue, Room 8
Miami, FL  33128

33128-771659