```
FILED BY_____D.C.
JUL 02 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, )
       Plaintiff, )
v. ) Case No. 17-20648-CR-SCOLA
GAL VALLERIUS, )
       Defendant. )
_____)

## MOTION REQUESTING RETURN OF PROPERTY

Comes now Gal Vallerius, Defendant Pro Se, by this Motion advising this Honorable Court that upon my arrest at the Atlanta Hartsfield International airport on August 31, 2017 all of the property that accompanied me on this visit to the United States was taken from me by the numerous authorities who arrested me. The head person of this task force was Agent Lewis together with Agent Love. The items taken from me included my two (2) i-Phone 7, an Apple i-Pad tablet, a blue dossier (folder) with documents inside of this folder, multiple credit cards both in my name as well as my wife's name, a secured encrypted USB disk-on-key, etc as well as my clothing.

Upon being sentenced for my crime, I entered into a forfeiture agreement whereby I agreed to forfeiting one Samsung Laptop and all of my Bitcoins and Bitcoin-cash that were on the Laptop. None of the above listed items and any others I may have missed or forgot to mention were not to be forfeited but returned to me.

I had previously requested the above property to be returned to me by requesting this of my prosecutor, Mr. Juan Antonio Gonzalez, Jr. who as of this date has not responded to my request. While I am not requesting the return of this forfeited item, I am requesting a copy/mirror of the hard drive because there are personal pictures, videos as well as documents, which are

not related to my case whatsoever and have not only sentimental value but are personal and not replaceable at this time.

Your cooperation in arranging for the return of my property and to what address these items should be sent will be very much appreciated.

this 29th day of June, 2021

Respectfully Submitted,

*Gal Vallerius*
Gal Vallerius, Pro Se
Reg. No. 71037-019
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

### Certificate of Service

I Gal Vallerius, Defendant Pro Se, confirm placing this Motion for the return of my property in the Institution mailbox on 29th day of June 2021 located at FCI Miami, P.O. Box 779800, Miami, FL 33177 with United States First Class mailing stamps and addressed to:

Clerk of Court
Wilkie D. Ferguson, Jr.
United States Courthouse
400 North Miami Avenue, Room 8
Miami, FL 33128

*Gal Vallerius*
Gal Vallerius, Pro Se
Reg. No. 71037-019

Gal Vallerious
Reg. No. 71037-019
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

MIAMI FL 330
29 JUN 2021 PM 5 L

Clerk of Court
Wilkie D. Ferguson, Jr.
United States Courthouse
400 North Miami Avenue, Room 8
Miami, FL 33128

33128-771699