**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 6

| 1. Program Code<br>AG1056 | 2. Cross File | Related Files | 3. File No.<br>G1-14-0129 | 4. G-DEP Identifier<br>YNC1Z |
|---|---|---|---|---|
| 5. By: Lilita Infante, Agent<br>At: MIAMI, FL DIVISION OFFICE | ☐<br>☐<br>☐<br>☐ | | 6. File Title<br>DREAM MARKET | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | ☐ | | 8. Date Prepared<br>09-04-2017 | |

9. Other Officers: SAs Bradley Langston, HSI SA Stephen Lewis, CBP Officer K. Griffith

10. Report Re: Arrest of Gal VALLERIUS and Acquisition of Exhibits N-158 through N-160 and Exhibit N-164 through N-165 on 8/31/2017

### DETAILS

1. On August 25, 2017, Special Agent (SA) Lilita Infante learned that suspected Dream Market moderator Gal VALLERIUS, a/k/a "OXYMONSTER," was planning to travel from France to Atlanta, Georgia in the United States on August 31, 2017, accompanied by his wife, Yasmin VALLERIUS [Y.VALLERIUS].

2. On August 29, 2017, SAs Infante and Bradley Langston requested assistance from Homeland Security Investigations (HSI) Atlanta Hartsfield Border Enforcement Security Task Force (BEST) to conduct an inbound customs inspection of the baggage and electronic media of VALLERIUS.

3. On August 31, 2017, at approximately 1:05 P.M., VALLERIUS and Y. VALLERIUS arrived in Atlanta via Delta flight #83 from Charles DeGaulle International Airport, Paris, France.

4. While passing customs, VALLERIUS and Y. VALLERIUS were detained by Customs and Border Protection Officers (CBPOs) for a secondary customs inspection.

5. At that time CBPO K. Griffith and HSI SA Stephen Lewis conducted a secondary inspection of VALLERIUS' and Y. VALLERIUS' wife's belongings. VALLERIUS presented a French passport that he utilized to enter the United States under the visa waiver. Y. VALLERIUS presented an

| 11. Distribution:<br>Division<br>District<br>Other Y | 12. Signature (Agent)<br>/s/ Lilita Infante, Agent | 13. Date<br>09-26-2017 |
|---|---|---|
| | 14. Approved (Name and Title)<br>/s/ Daniel J Horgan, GS | 15. Date<br>09-26-2017 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No.<br>G1-14-0129 | 2. G-DEP Identifier<br>YNC1Z |
|---|---|---|
| | 3. File Title<br>DREAM MARKET | |
| 4.<br>Page  2  of  6 | | |
| 5. Program Code<br>AG1056 | 6. Date Prepared<br>09-04-2017 | |

Israeli passport and a U.S. B1/B2 visa. SA Lewis retrieved a laptop belonging to VALLERIUS from VALLERIUS' backpack, and a cell phone and electronic tablet belonging to Y. VALLERIUS. SA Lewis asked VALLERIUS to provide the PINs and passwords to the laptop, phone and tablet. VALLERIUS provided SA Lewis with the PIN to access the laptop and the same security code to access both the phone and the tablet.

6. SA Lewis took the laptop to another examination room and requested that SA Infante assist with the border search. SA Infante turned on the laptop computer and used the security PIN provided by VALLERIUS. During the border search, SA Infante discovered electronic files on VALLERIUS' computer, identifying VALLERIUS as DREAM MARKET vendor and former senior moderator "OXYMONSTER," to include the private PGP key pair to OXYMONSTER's public PGP key advertised on DREAM MARKET and DREAM MARKET forum, a DREAM MARKET support ticket schedule for moderators, to include OXYMONSTER, QUASIMODO AND FTC, as well as a bitcoin wallet containing 100.01060805 bitcoins.

7. At that time, SA Infante consulted with the Southern District of Florida Assistant United States Attorney assigned to the investigation and a determination was made that probable cause existed to support the facts and circumstances previously developed in the investigation and a federal complaint was obtained from SDFL for the arrest of VALLERIUS.

8. Subsequently, SAs Infante, Langston and Lewis advised VALLERIUS that he is under arrest and read him his rights under Miranda. A that time, VALLERIUS invoked his right to an attorney. [Agent's Note: this interview was recorded and processed as **Exhibit N-164**.]

9. Subsequently, SAs Infante and Langson seized the following items incident to VALLERIUS' arrest:

- Seven miscellaneous bitcoin credit/debit cards in the name of Yasmin VALLERIUS, found in Y. VALLERIUS' wallet by SA Infante (**Exhibit N-159**.)

- One blue folder containing miscellaneous documents belonging to VALLERIUS (**Exhibit N-160**) found in VALLERIUS' backpack by SA Infante

DEA Form   - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No.<br>G1-14-0129 | 2. G-DEP Identifier<br>YNC1Z |
|---|---|---|
| | 3. File Title<br>DREAM MARKET | |
| 4.<br>Page  3  of  6 | | |
| 5. Program Code<br>AG1056 | 6. Date Prepared<br>09-04-2017 | |

- VALLERIUS' French passport, found in VALLERIUS' backpack by SA Lewis [**Agent's Note:** SA Langston maintained complete care, control and custody of VALLERIUS' passport, pending its return to pre-trial services.]

One (1) Samsung laptop (S/N JDFB9ILD400133Y), found in VALLERIUS' backpack by SA Lewis.

One (1) i-phone 6 (S/N FKIS94Q1HG7Q), found in Y.VALLERIUS' purse by SA Lewis.

One (1) i-phone 6 (S/N DNPSQFL9HG7Q), found in VALLERIUS' backpack by SA Lewis.

Apple i-pad (S/N F9FTH6FXH), found in Y. VALLERIUS' purse by SA Lewis.

Fuze card (#708000782), found in VALLERIUS backpack by SA Infante.

[**Agent's Note**: SA Infante maintained complete care, control and custody of the five aforementioned electronic items until transferring them to IRS SA Santiago Aquino on 9/1/2017 for imaging and analysis, as documented on the attached DEA-12 form.]

10. Subsequently, SAs Infante and Lewis informed Y. VALLERIUS that her husband is being arrested by DEA and advised her of her rights under Miranda. Y. VALLERIUS stated that she was willing to speak to agents and waived her rights under Miranda by signing the FBI Advice of Rights Form 395 (**Exhibit N-158**).

11. SA Infante asked Y. VALLERIUS if she was aware of her husband's criminal activities on dark web markets. Y. VALLERIUS stated that she was not aware. SA Infante asked Y. VALLERIUS why VALLERIUS had bitcoins on his computer. Y. VALLERIUS stated that VALLERIUS received an inheritance and bought bitcoins. SA Infante asked Y. VALLERIUS how she and her husband earn a living. Y. VALLERIUS stated that her husband trades bitcoins for a living. SA Infante asked Y. VALLERIUS if she ever uses his computer and/or phone. Y. VALLERIUS stated that she does not. SA Infante asked Y. VALLERIUS why she has bitcoin applications on

DEA Form  - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. G1-14-0129 | 2. G-DEP Identifier YNC1Z |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title DREAM MARKET | |
| 4. Page 4 of 6 | | |
| 5. Program Code AG1056 | 6. Date Prepared 09-04-2017 | |

her phone.  Y. VALLERIUS stated that they are her husband's applications, as he sometimes uses her phone.

12.  CBP Officers determined that Y. VALLERIUS was inadmissible to the United States based on the conditions of her visa and she was processed for removal.  CBP took custody of Y. VALLERIUS.

13.  Subsequently, DEA SAs John Rapp, Infante and Langston took custody of VALLERIUS and transported him to Atlanta federal detention center without incident.

**CUSTODY OF EVIDENCE**

1.  **Exhibit N-158** is one (1) FBI Advice of Rights Form 395 signed by Yasmin VALLERIUS on 08/31/2017.  Exhibit N-158 was signed by Yasmin VALLERIUS during an interview at the Hartsfield-Jackson Atlanta International Airport on 08/31/2017, as witnessed by DEA SA Lilita Infante and HSI SA Steve Lewis. SA Langston maintained custody of Ex. N-158 until it was secured at the Miami Field Division (FD), Group 15 (EG 15), Temporary Nondrug Evidence Locker on 09/01/2017. On 09/15/2017, SA Langston retrieved Ex. N-158, processed it as evidence and secured it with the Miami FD Nondrug Evidence Custodian (NDEC), as witnessed by SA Lilita Infante.

2.  **Exhibit N-159** is seven (7) miscellaneous Bitcoin credit/debit cards in the name of Yasmin VALLERIUS.  Exhibit N-159, was seized from Gal VALLERIUS and Yasmin VALLERIUS on 08/31/2017, pursuant to Gal VALLERIUS' arrest at the Hartsfield-Jackson Atlanta International Airport. SA Langston maintained custody of Ex. N-159 until it was secured at the Miami Field Division (FD), Group 15 (EG 15), Temporary Nondrug Evidence Locker on 09/01/2017. On 09/15/2017, SA Langston retrieved Ex. N-159, processed it as evidence and secured it with the Miami FD Nondrug Evidence Custodian (NDEC), as witnessed by SA Lilita Infante.

3.  **Exhibit N-160** one (1) blue folder containing miscellaneous documents belonging to Gal VALLERIUS. Exhibit N-160 was seized from Gal VALLERIUS on 08/31/2017, pursuant to his arrest at the Hartsfield-Jackson Atlanta International Airport. SA Langston maintained custody of Ex. N-160 until

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. G1-14-0129 | 2. G-DEP Identifier YNC1Z |
|---|---|---|
| | 3. File Title DREAM MARKET | |
| 4. Page 5 of 6 | | |
| 5. Program Code AG1056 | 6. Date Prepared 09-04-2017 | |

it was secured at the Miami Field Division (FD), Group 15 (EG 15), Temporary Nondrug Evidence Locker on 09/01/2017. On 09/15/2017, SA Langston retrieved Ex. N-161, processed it as evidence and secured it with the Miami FD Nondrug Evidence Custodian (NDEC), as witnessed by SA Lilita Infante.

4. **Exhibit N-164** is one (1) Compact-Disc (CD) containing several audio recordings of custodial interviews with Gal VALLERIUS and Yasmin VALLERIUS on 08/31/2017. Exhibit N-164, described above, was recorded on an audio recording device on 08/31/2017, during a custodial interview of Gal VALLERIUS subsequent to his arrest in Atlanta, GA. SA Brad Langston maintained custody of the recording device until the recordings were transferred to a compact-disc (CD) on 09/18/2017, in Weston, FL., thus creating Ex. N-164. On 09/19/2017, SA Langston processed Ex. N-164 as evidence and secured it with the Miami Field Division (FD) Nondrug Evidence Custodian (NDEC), as witnessed by SA Cliff Stephens.

5. **Exhibit N-165** is one DVD containing numerous photographs of electronics and other items seized during border search of Gal VALLERIUS on 08/31/2017 in Atlanta, GA. Exhibit N-165, described above, were taken on 08/31/2017, in Atlanta, GA., pursuant to a border search and subsequent arrest of Gal VALLERIUS on that same date. The photographs were maintained by SA Lilita Infante until they were transferred to a compact-disc (CD) on 09/19/2017, by SA Langston. On that same date, SA Langston processed the photographs as evidence, thus creating Ex. N-165, and secured it with the Miami FD NDEC, as witnessed by SA Stephens.

## INDEXING

1. **VALLERIUS, Gal** – NADDIS 8728473; a/k/a OXYMONSTER; Remarks: VALLERIUS, a/k/a OXYMONSTER was a senior moderator / administrator on Dream Market and was arrested by DEA agents on 8/31/17 pursuant to SDFL arrest warrant.

2. **VALLERIUS, Yasmin** – NADDIS negative; Remarks: VALLERIUS is the wife of former Dream Market moderator/administrator, Gal VALLERIUS, a/k/a OXYMONSTER, who was arrested by DEA agents on 8/31/17.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No.<br>G1-14-0129 | 2. G-DEP Identifier<br>YNC1Z |
|---|---|---|
| | 3. File Title<br>DREAM MARKET | |
| 4.<br>Page 6 of 6 | | |
| 5. Program Code<br>AG1056 | 6. Date Prepared<br>09-04-2017 | |

3. **DREAM MARKET** - NADDIS 8454352.

DEA Form     - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.