**DR LE BEUX Gwénaël**            *médecine générale*

N° : 22.1.03170.1     MUR DE BRETAGNE le 30-06-2015

## CERTIFICAT MEDICAL

Je soussigné, Dr Le Beux Gwenael, docteur en médecine, certifie que

Gal VALLERIUS
né le 21-01-1982
N° SS : 1 82 01 99 207 262 92

nécessite tous les mois le traitement suivant:
oxycontin 120: 1 cp matin et soir
oxycontin 80 mg: 1 cp matin et soir
ritaline LP 40 mg: 1 gélule le matin
ritaline LP 20: 1 gélule le soir
zopiclone 7.5: 1 cp au coucher
lorazepam 1 mg: 2 cp le soir

Fait à Mûr de Bretagne, le 30 06 2015

DR LE BEUX Gwénaël.

Docteur Gwénaël LE BEUX
Médecin généraliste - Conventionné
ADELI: 22 1 03170 1 00 1 20 1 01
N° RPPS: 10002683992
Place Sainte Suzanne - 22530 MUR-DE-BRETAGNE
Tel : 02 96 26 38 22
N° SIRET: 44962810600022

Cabinet Médical : Groupe médical de Guerlédan
Place Sainte Suzanne ; 22530 MUR DE BRETAGNE.
Tél : ; Fax :02 96 26 38 22 ; Courriel :

