Μετάφραση από τα γαλλικά της συνημμένης ιατρικής συνταγής

Δρ LE BEUX Gwenaël                                                                                            Ειδικός παθολόγος
Αριθ. 22.1.03170.1    MUR DE BRETAGNE 30 - 06 - 2015

## ΙΑΤΡΙΚΟ ΠΙΣΤΟΠΟΙΗΤΙΚΟ

Ο κάτωθι υπογεγραμμένος, Ιατρός Le Beux Gwenaël βεβαιώνω ότι :

ο Gal VALLERIUS
που γεννήθηκε την 21 - 01 - 1982
με αριθμό Κοινωνικής Πρόνοιας Γαλλίας 1 82 01 99 207 262 92

χρειάζεται κάθε μήνα την εξής φαρμακευτική αγωγή :

oxycontin 120 mg ένα δισκίο πρωί και βράδυ
oxycontin 80 mg ένα δισκίο πρωί και βράδυ
ritaline LP 40 mg μια κάψουλα το πρωί
ritqline LP 20 mg μια κάψουλα το βράδυ
zopiclone 7,5 mg ένα δισκίο πρίν τον ύπνο
lorazepam 1 mg ένα δισκίο το βράδυ

Mûr de Bretagne 30 - 06 - 2015

                                                                                                                LE BEUX Guenaël
                                                                                                                ιατρική σφραγίδα

Ιατρείο : Groupe Médical de Guerlédan
Place Sainte Suzanne - 22530 MUR DE BRETAGNE - ΓΑΛΛΙΑ
Τηλ και Φαξ : 0033 2 96 26 38 22
E-mail κρυπτογραφημένο H-PRIM Net Apicrypt