UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20648-CR-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GAL VALLERIUS,

    Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW, the Defendant Gal Vallerius, by and through the undersigned counsel files this appearance for the above-named Defendant.

Please send all notices and inquiries to this attorney at the address listed below.

                          MICHAEL CARUSO
                          FEDERAL PUBLIC DEFENDER

    By:   /s/ *Helaine B. Batoff*
               Assistant Federal Public Defender
               Florida Bar No.: 418617
               150 W. Flagler Street, Suite 1700
               Miami, Florida 33130-1556
               Tel: (305) 533-4255
               Fax: (305) 536-4559
               E-mail: helaine_batoff@fd.org

**CERTIFICATE OF SERVICE**

**I HEREBY** certify that on **August 20, 2021**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Helaine B. Batoff*