# MINUTE ORDER

Page 6

## Chief Magistrate Judge John J. O'Sullivan

Atkins Building Courthouse - 5th Floor          Date: 8/26/2021   Time: 1:00 p.m.

Defendant: GAL VALLERIUS     J#: 71037-019     Case #: 17-CR-20648-SCOLA
AUSA: C. Alden Pelker and Tony Gonzales        Attorney: HELAINE BATOFF - AFPD
Violation: CONSPIRACY TO DISTRIBUTE NARCOTICS   Surr/Arrest Date:   YOB: 1982

Proceeding: CONSENT VERIFICATION HEARING        CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No      Recommended Bond:
Bond Set at:                                    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs     Language: Hebrew

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Disposition:
Δ present in person.
Δ sworn.
Δ consented to his transfer to France to serve his sentence. Consent forms signed by Δ and Judge and issued in open Court.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:18:35                Time in Court: 9

Court finds consent was knowingly, voluntarily an understandably given + is wholly voluntary + not the result of any ↓ promises, coercion, threats or other improper inducements.

s/John J. O'Sullivan                          Chief Magistrate Judge