```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                     CASE NO. 17-cr-20648-RNS


UNITED STATES OF AMERICA,

             Plaintiff,

    vs.
                                          Miami, Florida
GAL VALLERIUS,                            August 26, 2021
                                          Pages 1-9
             Defendant.
_____

                         TRANSCRIPT OF
                VERIFICATION OF CONSENT HEARING
             BEFORE THE HONORABLE JOHN J. O'SULLIVAN
                CHIEF UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE PLAINTIFF:
                         United States Attorney's Office
                         H.I.D.T.A.
                         BY:  JUAN A. GONZALEZ, JR., A.U.S.A.
                         11200 Northwest 20th Street
                         Suite 101
                         Miami, Florida 33172
                                  and
                         United States Department of Justice
                         Criminal Division - Computer Crime
                         and Intellectual Property Section
                         BY:  CATHERINE ALDEN PELKER, A.U.S.A.
                         1301 New York Avenue, NW
                         Suite 600
                         Washington, D.C. 20530
FOR THE DEFENDANT:
                         Federal Public Defender's Office
                         BY:  HELAINE BATOFF, A.F.P.D.
                         150 West Flagler Street
                         Suite 1500
                         Miami, Florida 33130

ALSO PRESENT:            Hebrew Interpreter
```

```
 1   TRANSCRIBED BY:    DAWN M. SAVINO, R.P.R., C.R.R.
                        Official Federal Court Stenographer
 2                      400 N. Miami Avenue, 10S03
                        Miami, Florida  33128
 3                      Telephone:  305-523-5598
```

                       P-R-O-C-E-E-D-I-N-G-S

6   THE COURT:  The first case we're going to call is Page 6, Gal Vallerius.  Could Mr. Vallerius come up to the microphone?

9   Who is here for the United States?

10  MR. GONZALEZ:  Good afternoon Your Honor, Tony Gonzalez and Alden Pelker on behalf of the United States.

12  THE COURT:  Okay.  What are you doing here?  I thought you were the US Attorney.  You're too important for this stuff.

14  MR. GONZALEZ:  Nah, never.

15  THE COURT:  Okay.  Sir, tell me your name please?

16  THE DEFENDANT:  (Through Hebrew Interpreter) Gal Vallerius.

18  THE COURT:  You're here today with an interpreter; is that correct?

20  THE DEFENDANT:  Yes.

21  THE COURT:  And you're here for a verification of consent to transfer to France for execution of penal sentence of the United States of America?

24  THE DEFENDANT:  Yes, Your Honor.

25  THE COURT:  And who's here for Mr. Vallerius?

1             MS. BATOFF: Good afternoon, Your Honor. Helaine
2  Batoff from the Federal Public Defender's Office on behalf of
3  Mr. Vallerius.
4             THE COURT: Vallerius, is that how you say it? Okay.
5             And you understand that you have the right to consult
6  with an attorney?
7             THE DEFENDANT: Yes, Your Honor.
8             THE COURT: And have you consulted with your attorney?
9             THE DEFENDANT: Yes, of course, Your Honor.
10            THE COURT: Okay. Are you able to afford your own
11 attorney?
12            THE DEFENDANT: No, Your Honor.
13            THE COURT: And Ms. Batoff, have you been appointed
14 already or just provisionally?
15            MS. BATOFF: Your Honor, our office was appointed on
16 the underlying case. So I believe he was represented by Lauren
17 Krasnoff of our office.
18            THE COURT: Oh, okay, okay. Then I don't think I need
19 to -- I don't think I need to inquire about his financial
20 condition now.
21            Now, have you reviewed the consent form?
22            THE DEFENDANT: Yes, Your Honor.
23            THE COURT: Have you had it translated from English to
24 French for you?
25            THE DEFENDANT: I saw it, I reviewed it in French, Your

1  Honor.
2           THE COURT:  Okay.  And have you signed it?
3           THE DEFENDANT:  Not yet, Your Honor.
4           THE COURT:  Okay.  Ms. Batoff, are you -- I think he
5  needs to sign three versions of the form.
6           MS. BATOFF:  Yes, Your Honor.  I'm handing him three
7  copies of the form.
8           THE COURT:  Okay.
9           COURTROOM DEPUTY:  She's going to be handing those to
10 you to give to the Judge after the Defendant signs.  Okay?
11 They're doing it now.  Thank you.
12          THE COURT:  Do you have any questions about the form?
13 Before you sign it, let me ask you a couple of questions.
14          THE DEFENDANT:  No, I have no questions, Your Honor.
15          THE COURT:  Has anyone made any promises, threats,
16 coercion or other improper inducements to you?
17          THE DEFENDANT:  Nothing like that, Your Honor.
18          THE COURT:  Okay.  Do you understand that -- well
19 actually, before I ask you these questions, let me ask you to
20 raise your right hand.
21          COURTROOM DEPUTY:  Do you solemnly swear the testimony
22 you're about to give is the truth, the whole truth and nothing
23 but the truth, so help you God?
24          THE DEFENDANT:  Yes, Your Honor.
25          THE COURT:  All right.  Before you sign the other

1  forms, I want to ask you about some of this stuff on the form.
2          HEBREW INTERPRETER:  Sorry.  About what?
3          THE COURT:  About some of the items on the form.
4          THE DEFENDANT:  (Through Hebrew Interpreter) Yes.
5          THE COURT:  Do you understand that your conviction or
6  sentence can only be modified or set aside through appropriate
7  proceedings brought by you or on your behalf in the United
8  States of America?
9          HEBREW INTERPRETER:  I'm sorry, Your Honor.  You said
10 that his sentence can only be set aside by --
11         THE COURT:  Well, let me start again.  I'll break it up
12 for you.
13         Do you understand that your conviction or sentence can
14 only be modified or set aside through appropriate proceedings
15 brought by you or on your behalf in the United States of
16 America?
17         THE DEFENDANT:  (Through Hebrew Interpreter) Yes, I
18 understand, Your Honor.
19         THE COURT:  Do you understand that if you sign this
20 form, your sentence will be carried out according to the laws of
21 France?
22         THE DEFENDANT:  Yes, of course, Your Honor.
23         THE COURT:  Do you understand that if a court in France
24 determines that this transfer was not proper, that you may be
25 returned to the United States?

1       THE DEFENDANT:  Yes, I understood that, Your Honor.
2       THE COURT:  And you would be required to complete your
3  sentence here in the United States of America?
4       THE DEFENDANT:  Yes, I understand.
5       THE COURT:  You also understand that once you sign this
6  form and I accept it, that you may not revoke that consent?
7       THE DEFENDANT:  Yes, I understand, Your Honor.
8       THE COURT:  Okay.  Do you also understand that if you
9  have a motion or -- well, let me ask you:  Do you have any -- or
10 is public defender aware of any motion pending requesting a
11 sentence reduction in this matter?
12      MS. BATOFF:  No, Your Honor.  No, Your Honor.
13      THE DEFENDANT:  No, nobody has done anything like that.
14      THE COURT:  Have you asked for clemency here in the
15 United States?
16      THE DEFENDANT:  No, I have not requested that.
17      THE COURT:  Okay.  So knowing all of this, do you
18 consent to your transfer to France for the execution of your
19 sentence imposed by the United States?
20      THE DEFENDANT:  Yes, Your Honor.
21      THE COURT:  Okay.  All right.  Go ahead and sign the
22 form if you would like to.
23      Do you have questions for the Court or for your
24 attorney?
25      THE DEFENDANT:  I already asked my attorney all the

```
1    questions I had, and she said she would get back to me with
2    certain responses.
3            THE COURT:  Well, if you have anything -- if there's
4    any issues regarding this consent, you need to raise them now
5    because as I said, once I accept this, you cannot revoke the
6    consent.
7            THE DEFENDANT:  It's related to certain matters I
8    requested for my attorney to find out for me about.  It's not
9    related to this form.  Not related to signing the form.
10           THE COURT:  Okay.  All right. Are you in agreement with
11   that, Ms. Batoff?  That that would not prohibit him from signing
12   this form?
13           MS. BATOFF:  I'm in agreement, Your Honor.
14           THE COURT:  Okay.  Good.
15           All right.  Have you signed the three forms?
16           THE DEFENDANT:  Yes, Your Honor.
17           THE COURT:  All right.  Could you pass them up to me
18   please?
19           Okay.  I see your signature on each of the forms next
20   to the X.  I find that this consent was knowingly and
21   voluntarily and understandably given, and is wholly voluntary
22   and not the result of any promises, threats, coercion or other
23   improper inducements.
24           THE DEFENDANT:  Yes.
25           THE COURT:  Okay.  So I'm going to endorse the
```

```
 1    consents, and you will hopefully be transferred shortly to
 2    France.
 3             THE DEFENDANT:  Would you have an idea how soon that
 4    will be?
 5             THE COURT:  That I can't tell you.  I think that's
 6    between France and the Department of Justice and maybe the State
 7    Department.  Maybe the US Attorney has some knowledge about
 8    that.
 9             THE DEFENDANT:  Thank you, Your Honor.
10             MR. GONZALEZ:  It's between the Department of State and
11    the government of France, Your Honor.
12             THE COURT:  Okay.
13             THE DEFENDANT:  Thank you.
14             THE COURT:  Okay.  All right.  Thank you very much.
15    Good luck to you, sir.
16             THE DEFENDANT:  Thank you, Your Honor.  Have a good
17    day.
18             MS. BATOFF:  Thank you, Your Honor, for taking us
19    first.
20             THE COURT:  Oh, no problem.  Thanks.  Good seeing you,
21    Ms. Batoff.
22             MS. BATOFF:  You too.
23             (PROCEEDINGS CONCLUDED)
24
25
```

```
                              * * * * *

                           C E R T I F I C A T E
     I certify that the foregoing is a correct transcript from the
     digital audio recording of proceedings in the above-entitled
     matter.

     8/26/2021              /s/ Dawn M. Savino, R.P.R., C.R.R.
     Date                   DAWN M. SAVINO, R.P.R., C.R.R.
```

PROCEEDINGS RECORDED BY COURTROOM DIGITAL AUDIO RECORDER
TRANSCRIPT PRODUCED BY MANUAL STENOGRAPHY
AND COMPUTER-AIDED TRANSCRIPTION