UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CR-20648-SCOLA(s)(s)

**UNITED STATES OF AMERICA,**

vs.

**GAL VALLERIUS,**
   a/k/a "OXYMONSTER,"

**Defendant.**
_____/

### AMENDED NOTICE ON FINAL FORFEITURE

Pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this Amended Notice on Final Forfeiture and the attached declaration from Special Agent Stephan George of the Internal Revenue Service - Criminal Investigations ("IRS-CI") in support thereof:

1. On September 17, 2018, pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1), the Court entered a Preliminary Order of Forfeiture, ECF No. 57, forfeiting, subject to third-party interests, the following property to the United States (collectively, the "Property"):

   i. One (1) Samsung (Model NP270E5E) Notebook Computer, Serial Number JDFB91LD400133Y;

   ii. Approximately 99.98947177 Bitcoin; and

   iii. Approximately 121.94805811 Bitcoin Cash.

2. Notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days. *See* Decl. of Publication, ECF No. 65; 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

3. Direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the Property, or such person was on actual notice of the forfeiture. *See* Fed. R. Crim. P. 32.2(b)(6); *accord* 21 U.S.C. § 853(n)(1).

4. The notice described the Property and advised that any person, other than the defendant, asserting a legal interest in the Property may petition the Court for a hearing to adjudicate the validity of that person's alleged interest, within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier. Fed. R. Crim. P. 32.2(b)(6); 21 U.S.C. § 853(n)(2).

5. The time period for filing a petition claiming an interest in the Property expired, and no petition or claim was filed.

6. The Preliminary Order of Forfeiture stated that upon notice from the United States that no claims have been filed within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier, then the Preliminary Order of Forfeiture shall become a Final Order of Forfeiture and any duly authorized law enforcement official shall dispose of the Property in accordance with applicable law.

7. On November 29, 2018, the United States filed a Notice on Final Forfeiture, ECF No. 66, indicating that the Preliminary Order of Forfeiture had become the Final Order of Forfeiture, and that the Property was finally forfeited, and all right, title, and interest in such Property had vested in the United States.

8. Since then, it has come to the United States' attention that the forfeited Bitcoin among the Property automatically created a new derivative virtual currency, Bitcoin Gold, as a result of a "fork" that took place in the Bitcoin protocol.

9. As explained in the attached declaration by IRS-CI Special Agent George, similar to the proverbial "fork in the road," a "fork" in the blockchain of a virtual currency is essentially a change to a network's protocol. *See attached* IRS-CI SA George Decl. ¶ 8. The changes, which are typically initiated by developers or members of the virtual currency's community, are done in order to add new features and/or improve the ecosystem of that cryptocurrency. *See id.* This change creates a "fork" in the blockchain: one path follows the new, upgraded blockchain, and the other path continues along the old path. *See id.*

10. In this case, on or about October 24, 2017, a hard "fork" of the Bitcoin protocol occurred, automatically creating, from the seized approximately 99.98947177 Bitcoin, approximately 99.98947177 Bitcoin Gold. *See id.* ¶ 7. The approximately 99.98947177 Bitcoin Gold is in the custody of the U.S. Marshals Service. *See id.*

11. In addition, there are other "forks" that have occurred or may occur that would result in new virtual currencies deriving from the forfeited approximately 99.98947177 Bitcoin and approximately 121.94805811 Bitcoin Cash. *See id.* ¶ 11.

12. Accordingly, the United States files this Amended Notice on Final Forfeiture accounting for any new virtual currencies deriving from the Property after its seizure, clarifying that the Property finally forfeited in the above-captioned criminal case is more fully described as:

   i. One (1) Samsung (Model NP270E5E) Notebook Computer, Serial Number JDFB91LD400133Y;

ii. Approximately 99.98947177 Bitcoin, and any and all new virtual currencies deriving therefrom; and

iii. Approximately 121.94805811 Bitcoin Cash, and any and all new virtual currencies deriving therefrom.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *s/ Nalina Sombuntham*
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9224
Facsimile: (305) 530-6166
nalina.sombuntham@usdoj.gov