**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 17-CR-20648-SCOLA(s)(s)**

**UNITED STATES OF AMERICA,**

vs.

**GAL VALLERIUS,**
   a/k/a "OXYMONSTER,"

        **Defendant.**
_____/

**DECLARATION OF IRS-CI SPECIAL AGENT STEPHAN GEORGE**
**IN SUPPORT OF AMENDED NOTICE ON FINAL FORFEITURE**

I, Stephan George, under penalty of perjury, declare:

1. I am a Special Agent with the Internal Revenue Service, Criminal Investigation (IRS-CI), United States Department of the Treasury. IRS-CI conducts investigations involving violations of federal tax laws, money laundering statutes, and other related violations, including mail and wire fraud, perjury, and conspiracy.

2. I have been employed as a Special Agent with IRS-CI since 2017, and am currently assigned to the Miami Field Office. During my employment, I have received specialized training and gained experience in conducting criminal money laundering investigations, federal tax investigations, and the investigation of virtual money laundering operations and cyber narcotics trafficking organizations. In addition, I am a Certified Public Accountant in the State of Florida. I have completed numerous basic and advanced courses regarding crypto-currency and darknet related matters. I have also conducted investigations concerning the identification of co-conspirators through the use of cell phones, computers, telephone records and bills, financial records, drug ledgers, various financial records, and other pertinent documents.

3. The facts in this declaration come from my personal observations, my training and

experience, and information obtained from other agents and witnesses. I make this sworn declaration in support of the Amended Notice of Final Forfeiture in the above-captioned case. Because this declaration is being submitted for a limited purpose, it does not include all of the facts that I have learned during the course of the investigation.

4. On August 31, 2017, Defendant Gal Vallerius (the "Defendant") traveled to the United States, and federal agents seized his laptop, which was one (1) Samsung (Model NP270E5E) Notebook Computer, Serial Number JDFB91LD400133Y, and which led to the seizure of Bitcoin and Bitcoin Cash. The Defendant was subsequently arrested on charges that resulted in his conviction in the above-captioned criminal case.

5. On or about September 5, 2017, Bitcoin and Bitcoin Cash was seized by IRS-CI from the Defendant.

6. On or about September 18, 2017, custody of approximately 99.98947177 Bitcoin was transferred to the U.S. Marshals Service. Approximately 121.94805811 in Bitcoin Cash remained in IRS-CI's custody.

7. On or about October 24, 2017, a hard "fork" of the Bitcoin protocol occurred, automatically creating, from the seized approximately 99.98947177 Bitcoin, approximately 99.98947177 Bitcoin Gold. The approximately 99.98947177 Bitcoin Gold is in the custody of the U.S. Marshals Service.

8. Similar to the proverbial "fork in the road," a "fork" in the blockchain of a virtual currency is essentially a change to a network's protocol. The changes, which are typically initiated by developers or members of the virtual currency's community, are done in order to add new features and/or improve the ecosystem of that cryptocurrency. This change creates a "fork" in the blockchain: one path follows the new, upgraded blockchain, and the other path continues along

the old path.

9. On September 17, 2018, pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1), the Court entered a Preliminary Order of Forfeiture, ECF No. 57, forfeiting, subject to third-party interests, the following property to the United States (collectively, the "Property"):

  i. One (1) Samsung (Model NP270E5E) Notebook Computer, Serial Number JDFB91LD400133Y;

  ii. Approximately 99.98947177 Bitcoin; and

  iii. Approximately 121.94805811 Bitcoin Cash.

10. The Preliminary Order of Forfeiture did not specifically reference how "forks" after the Property's seizure resulted in new virtual currencies deriving therefrom, including the approximately 99.98947177 Bitcoin Gold that was automatically created as a result of the hard "fork" of the Bitcoin protocol on or about October 24, 2017.

11. The Preliminary Order of Forfeiture also did not reference other "forks" that have occurred or may occur after seizure and forfeiture of the approximately 99.98947177 Bitcoin and the approximately 121.94805811 Bitcoin Cash, which have or can result in new virtual currencies deriving therefrom.

12. For example, in addition to the approximately 99.98947177 Bitcoin Gold deriving from the approximately 99.98947177 Bitcoin, I am aware that there may be additional virtual currencies available due to forks in the Bitcoin Cash protocol that occurred after the seizure of the approximately 121.94805811 Bitcoin Cash.

Dated on March 07, 2022, in Miami, Florida.

STEPHAN GEORGE
Special Agent, IRS-CI